IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02191-KLM

Carl Harvey Brouwer,

    Petitioner,

v.

USA,

    Respondent.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court *sua sponte*. Petitioner initiated this action by filing a Motion to Set Aside Declaration of Forfeiture and Motion for Return of Property [Docket No. 1] (the "Original Motion") on August 17, 2012. Petitioner subsequently filed an Amended Motion to Set Aside Declaration of Forfeiture and Motion for Return of Property [#9] (the "Amended Motion") on October 15, 2012. Because the Amended Motion supersedes and replaces the Original Motion,

    IT IS HEREBY **ORDERED** that the Original Motion [#1] is **DENIED AS MOOT**.

    Dated: January 22, 2013