IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02191-KLM

CARL HARVEY BROUWER,

    Petitioner,

v.

USA,

    Respondent.

_____

**FINAL JUDGMENT**
_____

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the orders entered during the course of proceedings in this case, **FINAL JUDGMENT** is hereby entered in this matter as follows.

IT IS HEREBY **ORDERED** that pursuant to the Court's Order [#25; Entered April 30, 2013], Petitioner's Amended Motion to Set Aside Declaration of Forfeiture and Motion for Return of Property [#9] is **DENIED**.

IT IS FURTHER **ORDERED** that **JUDGMENT is hereby entered** in favor of Respondent. This action is hereby terminated.

Dated: May 31, 2013 at Denver, Colorado.

                        FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK

                        By: s/ Edward P. Butler
                        Edward P. Butler
                        Deputy Clerk